W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant OMAR FELIX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-CR-0182 LJO SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR RETURN OF DEFENDANT'S PASSPORT** |
| v. | |
| OMAR FELIX, | |
| Defendant. | |

**It is hereby stipulated by and between** Assistant United States Attorney Brian K. Delaney and attorney for the Defendant, W. Scott Quinlan, that the Clerk of the Court shall return the passport belonging to Omar Felix that is in their possession. The passport was delivered to the Clerk of the Court on or about August 9, 2017.

IT IS SO STIPULATED:

Dated: August 22, 2017                      /s/ W. Scott Quinlan
                                                                            W. Scott Quinlan, Attorney for
                                                                            Defendant, Omar Felix

Dated: August 22, 2017                      /s/ Brian K. Delaney
                                                                           Brian K. Delaney
                                                                            Assistant United States Attorney

1

**IT IS SO ORDERED THAT** the passport for Defendant Omar Felix is hereby ordered returned. The Passport was received on August 9, 2017, document number 22 USA Passport #485197071 on the case docket.

IT IS SO ORDERED.

Dated: **August 22, 2017**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE